# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-13-00441-CV

**In re Tedde R. Blunck**

ORIGINAL PROCEEDING FROM HAYS COUNTY

# M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus and motion for emergency temporary relief are denied. *See* Tex. R. App. P. 52.8(a).

_____

Melissa Goodwin, Justice

Before Chief Justice Jones, Justices Rose and Goodwin

Filed: June 26, 2013